UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 2 6 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States of America §
§
vs. § NO: AU:13-M-00136(2)
§
(2) Dana Susanne Price §

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_Dana Price_

Date: _3/26/13_

_/s/ Joseph A. Turner_
Attorney' Signature

_Joseph A. Turner_
Printed name and bar number

_1504 West Ave_
Address

_jeturnerpc@gmail.com_
Email address

_512-474-8892_
Telephone number

_512-474-8252_
FAX number