PS 8
(8/88)

UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2013 JUN 14  PM 4: 31
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U. S. A. vs. Dana Susanne Price

Docket No. A-13-CR-165(2)

### Petition for Action on Conditions of Pretrial Release

COMES NOW DeAundra King, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Dana Susanne Price who was placed under pretrial release supervision by the Honorable Andrew W. Austin sitting in the court at Austin, Texas, on the 29th day of March, 2013 under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

U.S. Pretrial Services alleges the defendant has violated the following condition(s) of his/her release:

7(m) Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC SEC 802, unless prescribed by a licensed medical practitioner.

On April 17, 2013 and May 30, 2013, the defendant submitted positive specimens for Amphetamine. When confronted about the results, the defendant denied using any illegal substances. The specimens were sent off for additional confirmation, and the results of the April 17th test confirmed the original report that the specimen was positive for methamphetamine. The confirmation results of the May 30th test are still pending. The defendant has also admitted to contact/touching methamphetamine.

PRAYING THAT THE COURT WILL ORDER: A warrant be issued and the defendant be brought forth to show just cause as to why her bond should not be revoked.

Respectfully submitted,

DeAundra King
U.S. Pretrial Services Officer
Place: Austin City, Texas
Date:  June 13, 2013

### ORDER OF COURT

Considered and ordered this 13th day of June, 2013, and ordered filed and made a part of the records in the above case. Issue summons

for 6/18/13

U.S. Magistrate Judge, Andrew W. Austin